**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARGARET BETTS,

    Plaintiff,

  v.

SIXTY LOWER EAST SIDE, LLC; SIXTY HOTELS, LLC; and SIXTY HOTEL MANAGER, LLC,

    Defendants.

**ORDER**

No. 20 Civ. 4772 (NRB)

Plaintiff Margaret Betts's Letter Motion to Compel Valeryia Vasilets to Appear for a Remote Video Deposition (ECF No. 26) is GRANTED.

Valeryia Vasilets is ordered to appear for her remote video deposition in this matter on or before February 8, 2021. Valeryia Vasilets is further ordered to provide Plaintiff's counsel with a date certain for her deposition and the necessary contact information, including e-mail address, to conduct the remote video deposition on or before January 26, 2021. Valeryia Vasilets's failure to comply with this order may subject her to contempt.

    **SO ORDERED.**

Dated:    January 21, 2021

                                          _____
                                          NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE