

55 East Monroe Street
37th Floor
Chicago, IL 60603

312 346 7500  main
312 580 2201  fax
thompsoncoburn.com

**Renato Mariotti**
312 580 5056  direct
rmariotti@thompsoncoburn.com

April 22, 2021

**VIA ECF**

The Honorable Naomi Reice Buchwald
U.S. District Court, Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *Margaret Betts v. Sixty Lower East Side, LLC, et al.*, Case No. 1:20-cv-04772

Dear Judge Buchwald:

In light of the Parties' joint request for a supervised settlement conference prior to engaging in expert discovery, Plaintiff requests that the Court stay the current expert discovery schedule pending the Parties' supervised settlement conference.

On February 16, 2021, the Parties jointly requested a supervised settlement conference with the Court prior to engaging in expert discovery.  At the subsequent status hearing with the Court on February 25, 2021, the Parties and the Court discussed the benefits of engaging in a supervised settlement conference prior to expending time and resources on expert discovery.  Given the nature of this case, the Court determined that the Parties' settlement conference should be conducted by a member of the Court's mediation panel, and the Court advised that it would select an appropriate mediator for the settlement conference.  The date for the settlement conference has not yet been scheduled.

Under the current scheduling order, Plaintiff's deadline to disclose her expert report is set for May 10, 2021, Defendants' deadline to disclose their expert report is set for May 26, 2021, and all discovery must be completed by June 9, 2021.  Given the Parties' agreement to engage in a supervised settlement conference to attempt to resolve this matter prior to engaging in expert discovery, Plaintiff respectfully requests that the Court stay expert discovery and the discovery completion deadline in this matter pending the Parties' supervised settlement conference and reset such deadlines if the Parties are unable to resolve the case through the settlement conference.

Plaintiff's counsel conferred with Defendants' counsel regarding this request, and Defendants join this request to stay expert discovery and the discovery completion deadline pending the Parties' settlement conference.

April 22, 2021
Page 2

Very truly yours,

*[signature]*

Renato Mariotti

cc:     Counsel of record (via ECF)

Application granted.  The expert discovery deadlines are stayed pending resolution of mediation to be ordered by the Court following joint written confirmation by the parties regarding completion of fact discovery.
**SO ORDERED.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        April 27, 2021