```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

MARGARET BETTS,

            Plaintiff,
                                              ORDER
       - against -
                                          20 Civ. 4772 (NRB)
SIXTY LOWER EAST SIDE; SIXTY HOTELS,
LLC; and SIXTY HOTEL MANAGER, LLC;

            Defendants.

---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated October 24, 2022 and November 2, 2022, the Court has determined that plaintiff may bring a motion for summary judgment without the necessity of a pre-motion conference. Having previously granted defendants leave to bring a motion for summary judgment, the parties' briefs are due as follows:

- Plaintiff's brief in support of her motion for summary judgment is due on **December 15, 2022**;

- Defendants' brief in support of their cross-motion for summary judgment and in response to plaintiff's motion for summary judgment is due on **January 12, 2023**;

1

- Plaintiff's reply in support of her motion for summary judgment and in response to defendants' motion for summary judgment is due on **January 26, 2023**; and

- Defendants' reply in support of their motion for summary judgment is due on **February 9, 2023.**

Dated:   New York, New York
         November 7, 2022

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE