

# SOBEL PEVZNER, LLC

NEW YORK   ♦   NEW JERSEY   ♦   PENNSYLVANIA

**CURTIS SOBEL, ESQ.**
464 New York Avenue, Suite 100
Huntington, NY 11743
Tel (631) 549-4677 – Ext. 209
Fax (631) 549-0826
CSobel@SobelPevzner.com

*New York City Office*
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646

September 20, 2023

**VIA ECF**

Hon. Naomi Reice Buchwald
U.S. District Court Judge
U.S. District Court, Southern District of N.Y.
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> *ENDORSEMENT*
> The conference scheduled
> for today is adjourned
> until October 12, 2023 at
> 11 a.m.  So Ordered.
> *Naomi Reice Buchwald,*
> *USDJ*
> *September 21, 2023*

Re:  *Margaret Betts v. Sixty Lower East Side, LLC, Sixty Hotels, LLC and Sixty Hotel Manager, LLC*
Civil Action No.: 1:20-cv-04772 (NRB)
File No.: H-14394

Dear Judge Buchwald:

This office represents the defendants, *Sixty Lower East Side, LLC, Sixty Hotels, LLC and Sixty Hotel Manager, LLC,* with respect to the above-referenced matter.

This letter is to advise your Honor that I am actively engaged in trial in the matter of *German Cajamarca v. Gator Hillside Village, LLC, et al., under Index No.: 606109/2019 (Calendar No.: 202200831OT) before the Honorable Christopher Modelewski* at the Suffolk County Supreme Court located at One Court Street, Riverhead, NY 11901. This trial is anticipated to proceed through the first week of October, 2023.

In light of the above trial, I respectfully request that the teleconference scheduled for tomorrow, September 21, 2023, be rescheduled to October 6, 2023, provided this date is convenient with your Honor's calendar.

Thank you for your consideration and courtesies with respect to this matter.

Very truly yours,

SOBEL PEVZNER, LLC

*Curtis Sobel*

CURTIS SOBEL

CS:lml

cc:   Naoli Shkolnik, PLLC *(Via ECF)*