```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
MARGARET BETTS,

            Plaintiff,                       ORDER

- against -                                  20 Civ. 4772 (NRB)

SIXTY LOWER EAST SIDE, LLC,
SIXTY HOTELS, LLC, and SIXTY
HOTEL MANAGER, LLC,


            Defendants.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on August 14, 2024, defendants' counsel filed a letter regarding the status of expert disclosure, see ECF No. 121, attaching as an exhibit the report of Dr. Joseph Otonichar, who is identified as a forensic psychiatrist, see ECF No. 121-1 (the "Exhibit"); it is hereby

**ORDERED** that the Clerk of the Court temporary seal the Exhibit, subject to further order of the Court.

Dated:   August 16, 2024
         New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE