```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

MARGARET BETTS,
                                              FINAL
            Plaintiff,                       JUDGMENT

        - against -                       20 Civ. 4772 (NRB)

SIXTY LOWER EAST SIDE, LLC,
SIXTY HOTELS, LLC, and SIXTY
HOTEL MANAGER, LLC,

            Defendants.

---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** in a Memorandum and Order filed on August 21, 2023, the Court granted summary judgment on liability in favor of the plaintiff, Margaret Betts, and against the defendants, ECF No. 75; and

    **WHEREAS** in a Memorandum and Order filed on July 7, 2025, the Court held that the defendants were entitled to rely on N.Y.C.P.L.R Section 1601 at trial, which would permit the jury to "consider and apportion fault between" the defendants and a non-party joint tortfeasor, ECF No. 189 at 2; and

    **WHEREAS** the remaining issue of damages was tried before a jury from July 14 through July 17, 2025; and

    **WHEREAS** the jury reached a unanimous verdict on July 17, 2025, wherein it found that the plaintiff was entitled to (1) two million

dollars ($2,000,000) in damages for pain and suffering until the date of the verdict; (2) seven hundred and fifty thousand dollars ($750,000) in damages for future pain and suffering; and that (3) the damages should be apportioned fifty percent (50%) to the defendants and fifty percent (50%) to the non-party joint tortfeasor; and

**WHEREAS** applying N.Y.C.P.L.R. Section 1601, the liability of the defendants "shall not exceed th[e] defendant[s'] equitable share" of "relative culpability" of fifty percent (50%), i.e., one million, three hundred and seventy-five thousand dollars ($1,375,000); it is hereby

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the plaintiff in the total amount of one million, six hundred and twelve thousand, six hundred and sixty-seven dollars and eighty-one cents ($1,612,667.81), consisting of: (i) one million, three hundred and seventy-five thousand dollars ($1,375,000), reflecting the defendants' equitable share of the jury's total damages award for the plaintiff; and (ii) two hundred and thirty-seven thousand, six hundred and sixty-seven dollars and eighty-one cents ($237,667.81) in pre-judgment interest, which accrued at the statutory interest rate of nine percent (9%), N.Y.C.P.L.R. § 5004(a), from the date of the Court's August 21,

2023 liability finding, ECF No. 75, until the date this judgment is filed.

Dated:    New York, New York
          July 22, 2025

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE