```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARGARET BETTS,

                        Plaintiff,

        - against -                              ORDER

SIXTY LOWER EAST SIDE, LLC, SIXTY              20 Civ. 4772 (NRB)
HOTELS, LLC, and SIXTY HOTEL MANAGER,
LLC,

                        Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on September 16, 2025, the Court ordered at a hearing that defendants had three days, until September 19, 2025, to secure an approved bond in order to stay the execution of the judgment through resolution of the post-trial motions;

**WHEREAS**, today, defendants' representative submitted a bond to the Clerk of Court, who has concluded that the bond is correct as to form;

**WHEREAS**, there are obvious benefits to both parties in posting a bond to secure the judgment; it is hereby

**ORDERED** that the September 19, 2025, deadline the Court previously imposed is waived; and it is further

**ORDERED** that the Clerk of Court is authorized to accept the bond submitted by defendants on September 25, 2025; and it is further

1

**ORDERED** that the execution of the judgment is stayed until the resolution of the post-trial motions, see ECF Nos. 217, 222; and it is further

**ORDERED** that the Clerk of Court terminate plaintiffs' motion to compel defendants to post a bond, ECF No. 229.

Dated:    New York, New York
          September 25, 2025

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE